■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAWN NELSON, Appellant. [885 NYS2d 240]—Appeal by the de-

fendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chin-Brandt, J.), imposed April 16, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Dillon, Angiolillo and Belen, JJ., concur.